UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08384 RGK (JEMx) | Date | October 3, 2016 |
|---|---|---|---|
| Title | Edith Ramirez v. State Farm General Insurance Company | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, AND REQUEST FOR SANCTIONS (Docket No. 18)**

Before the Court is Defendant State Farm General Insurance Company's Motion to Compel Further Responses to Special Interrogatories, Set One, and Request for Sanctions against Plaintiff Edith Ramirez. Plaintiff did not file any opposition. Accordingly, the Court issues an ORDER TO SHOW CAUSE ("OSC") why the Court should not grant the relief sought by Defendant in its entirety. Plaintiff must file a response to the OSC by **October 11, 2016**. Defendant may file a reply by **October 17, 2016**.

cc:     Parties

                                                                                    :
                                              Initials of Deputy Clerk        sa